IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RALPH W. BOYD                                                                                         PLAINTIFF

V.                                                                            NO. 1:14-CV-00140-DMB-DAS

DEPARTMENT OF MEDICAID
JACKSON MISSISSIPPI                                                                               DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon due consideration of the file and record in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 28, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection[1] thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. Accordingly,

IT IS HEREBY ORDERED:

1. That the Report and Recommendation [5] of the United States Magistrate Judge dated October 28, 2014, is hereby approved and adopted, and the proposed findings of fact and conclusions of law therein are adopted as the findings of fact and conclusions of law of the Court.

2. That judgment is entered for Defendant and this action is hereby dismissed without prejudice for failure to state a claim and for failure to set forth any basis for jurisdiction in the Court.

---

[1] Plaintiff has filed two responses [8, 9] to the Report and Recommendation, which repeat his myriad complaints about his medical care and transportation services. However, neither response objects to the Report and Recommendation nor addresses the jurisdictional and substantive deficiencies noted therein.

3. That Plaintiff Ralph W. Boyd show cause why the Court should not impose such sanctions as it deems appropriate to prevent further frivolous filings pursuant to Federal Rule of Civil Procedure 11. Plaintiff shall have until **Friday, January 16, 2015**, to show such cause.

SO, ORDERED, this 22nd day of December, 2014.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**